IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY BAKER, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:18-cv-722-BRW

**BELSO, INC., and JACKIE, LLC**     **DEFENDANTS**

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Kimberly Baker and Defendant Jackie, LLC, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal without Prejudice:

1. Plaintiff brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2. The parties now file this stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.[1]

3. The parties hereby stipulate to the dismissal of this action without prejudice, with each side to bear its own fees and costs.

---

[1] Defendant Belso, Inc., was voluntarily dismissed on April 4, 2019. ECF No. 13.

Page 1 of 2
Kimberly Baker, et al. v. Belso, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:18-cv-722-BRW
Joint Stipulation of Dismissal without Prejudice

        Respectfully submitted,

        **KIMBERLY BAKER, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
        One Financial Center
        650 South Shackleford, Suite 411
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and:    **DEFENDANT JACKIE, LLC**

        /s/ *Danny R. Crabtree*
        Danny R. Crabtree, Esq.
        Ark. Bar No. 2004006
        10201 W Markham, STE 328
        Little Rock, AR 72205
        Telephone: 501-372-0080
        danny@crabtreelawar.com

**Page 2 of 2**
**Kimberly Baker, et al. v. Belso, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 4:18-cv-722-BRW**
**Joint Stipulation of Dismissal without Prejudice**